Dirk O. Julander, Bar No. 132313
  doj@jbblaw.com
Catherine A. Close, Bar No. 198549
  cac@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: .(949) 477-6355

Attorneys for *Specially Appearing*
Defendants FRANK A. CRISTAUDO,
VERONICA S. BAITOVA. CRISTAUDO
HOLDINGS, LLC, DAPIT NA LLC,
MAXAFI HOLDINGS LLC, and
VERONICA WEBB PROJECT INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMBLAZE ONE INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK A. CRISTAUDO, an individual; VERONICA S. BAITOVA, an individual; CRISTAUDO HOLDINGS LLC, a New York limited liability company; DAPIT NA LLC, a Delaware limited liability company; MAXAFI HOLDINGS LLC, a New York limited liability company; VERONICA WEB PROJECT INC., a New York corporation; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01813-RAO<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**<br><br>[*Assigned to the Hon. Rozella A. Oliver*] |

The Court, having reviewed the Joint Stipulation of Plaintiff Emblaze One, Inc. ("Plaintiff") and *Specially Appearing* Defendants Frank A. Cristaudo, Veronica S. Baitova, Cristaudo Holdings, LLC, DapIt NA LLC, Maxafi Holdings LLC and Veronica Webb Project Inc. (collectively "Defendants," and collectively with Plaintiff, the "Stipulating Parties") to transfer venue in this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1406(a), and good cause appearing therefor, hereby issues the following FINDINGS and ORDERS:

- This action could have been brought in the United States District Court for the Southern District of New York because venue is proper in the Southern District of New York and the Southern District of New York has personal jurisdiction over all Defendants who each reside in the Southern District of New York or, as to the entity Defendants, have their principal place of business in the Southern District of New York;

- The interests of justice favor transferring the action to the United States District Court for the Southern District of New York rather than dismissal;

- The Stipulation of the Stipulating Parties to transfer venue of this case to the United States District Court for the Southern District of New York is hereby APPROVED;

- This action is hereby TRANSFERRED to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1406(a);

/ / /

/ / /

/ / /

- Defendants' deadline to file their initial responsive pleading, including any Motion to Dismiss pursuant to FRCP 12(b)(6) and 28 U.S.C. §1367(c)(2), shall be extended to 21 days after the transfer to the Southern District of New York is completed[1]; and
- The Clerk is directed to transfer this case to the United States District Court for the Southern District of New York, forthwith.

**IT IS SO ORDERED.**

Dated: April 25, 2025

_HON. ROZELLA A. OLIVER_
United States Magistrate Judge

---

[1] If, for any reason, this case is not transferred pursuant to the Parties' Stipulation, Defendants' deadline to file their initial responsive pleading, including any Motion to Dismiss pursuant to FRCP 12(b)(2), 12(b)(3), 12(b)(6), and 28 U.S.C. §1367(c)(2), shall be extended to 10 days after the Stipulating Parties receive notice from the Court that the action will not be transferred by stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller